DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FELICIA JEFFERSON,**
Appellant,

v.

**PALM BEACH CLERK OF COURTS,**
Appellee.

No. 4D2025-1978

[January 29, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn R. Bell, Judge; L.T. Case No. 502025CA004977XXXAMB.

Felicia Jefferson, West Palm Beach, pro se.

Collin D. Jackson and Jennifer F. Printz, West Palm Beach, for appellee Clerk of the Circuit Court and Comptroller of Palm Beach County.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***